UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | | |
|---|---|---|
| LISA ANQUETTA WARE, | ) | No: 5:24-cv-00268-ADS |
| | ) | |
|    Plaintiff, | ) | |
| | ) | EAJA ORDER |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant | ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($4,700.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 08/28/2024     /s/ Autumn D. Spaeth

HON.  AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE